## MASSACHUSETTS PROTECTIVE ASSOCIATION, Inc., Appellant, v. Michel Shelly PICARD (Lillian S. Picard, ADMINISTRATRIX of the Succession of M. S. PICARD, Deceased, Substituted in Place of M. S. Picard, Appellee), Appellee.

### No. 7379.

Circuit Court of Appeals, Fifth Circuit.

For original opinion, see 76 F.(2d) 684.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

As neither of the judges who concurred in the decision of the court in

the above numbered and entitled cause is of opinion that the petition for rehearing should be granted, it is ordered that the said petition be, and the same hereby is, denied.